[No. 11761.  Department One.  August 18, 1914.]

THE STATE OF WASHINGTON, *on the Relation of F. A. Kern,*
*Respondent,* v. ANNIE SCHROPFER *et al., Appellants.*[1]

Appeal from a judgment of the superior court for Kittitas county, Kauffman, J., entered August 4, 1913, upon findings in favor of the plaintiff, in an action to abate a nuisance, tried to the court. Affirmed.

*A. L. Slemmons,* for appellants.
*F. A. Kern* and *Jay A. Whitfield,* for respondent.

PER CURIAM.—This case was submitted with the case of *State ex rel. Kern v. Jerome,* 80 Wash. 261, 141 Pac. 753. The two cases involved the construction and constitutionality of the same law. The briefs in this case were examined and considered prior to the writing of the opinion in the *Jerome* case. Through inadvertence the decision in this case was not filed at the same time as the opinion in the *Jerome* case. Upon the authority of that case, the judgment will be affirmed.